# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>RODIMIRO GARCIA-SAUCEDO,<br><br>　　Defendant. | NO.  CR-11-065-RHW<br><br>**ORDER GRANTING THE UNITED STATES' MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the United States' Motion for Order of Dismissal with Prejudice (ECF No. 24).  The motion was heard without oral argument and on an expedited basis.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States asks that the Indictment against Defendant be dismissed with prejudiced.

Accordingly, **IT IS HEREBY ORDERED:**

1.　The United States' Motion for Order of Dismissal with Prejudice (ECF No. 24) is **GRANTED**.

2.　The Court makes no judgment as to the merit or wisdom of this dismissal.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this 20th day of May, 2011.

　　　　　　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　United States District Judge

Q:\CRIMINAL\2011\Garcia-Saucedo\dismiss.wpd

**ORDER GRANTING THE UNITED STATES' MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE ~ 1**